USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                     :

In re BERNARD L. MADOFF INVESTMENT   :
SECURITIES LLC,                                      :
                                                       :                 1:24-cv-11-GHW
                                              Debtor.   :
-------------------------------------------------------------------X               <u>ORDER</u>
                                                       :

NATIXIS S.A.,                                        :
                                                       :
                                        Appellant,   :
                                                       :
            v.                                              :
                                                       :
IRVING H. PICARD,                       :
                                                       :
                                        Appellee.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On January 2, 2024, Appellant filed a motion for leave to appeal a decision by the bankruptcy court. Dkt. No. 3. Appellee's opposition is due by January 17, 2024. Appellant's reply, if any, is due within a week of the date of service of the opposition.

      SO ORDERED.

Dated:  January 3, 2024
New York, New York

                                                            GREGORY H. WOODS
                                                       United States District Judge